■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE MATHEWS, Also Known as WAYNE MATTEWS, Appellant. [833 NYS2d 902]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered July 7, 2004, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the prosecutor's use of the redacted plea allocution of a codefendant requires reversal since it constituted a violation of the Confrontation Clause under *Crawford v Washington* (541 US 36 [2004]) is without merit. While the Supreme Court erred in admitting the redacted allocution, which was not subject to cross-examination (*see People v Douglas,* 4 NY3d 777 [2005]; *People v Hardy,* 4 NY3d 192 [2005]; *People v Cioffi,* 24 AD3d 793 [2005]; *People v F & S Auto Parts, Inc.,* 24 AD3d 795, 796 [2005]; *People v White,* 24 AD3d 801, 802 [2005]; *People v Muhammad,* 17 AD3d 139 [2005]), the error was harmless since, "in light of the totality of the evidence, there is no reasonable possibility that the error affected the jury's verdict" (*People v Douglas, supra* at 779; *see People v Crimmins,* 36 NY2d 230, 240-241 [1975]). Miller, J.P., Angiolillo, Carni and Dickerson, JJ., concur.